# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 27, 2020

By ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 2 2020
```

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Virginia Lallave*, 19 CR. 15 (AJN)

Dear Judge Nathan:

I write to respectfully request that the Court order the United States Pretrial Services Office in the Southern District of New York to release Ms. Virginia Lallave's passport to her sister—Victoria Munguia—or to a representative from my office. Ms. Lallave's passport was surrendered to Pretrial Services during the pendency of her criminal case. On November 4, 2019, Ms. Lallave received a sentence of 42 months' imprisonment, to be followed by three years of supervised release. Ms. Lallave surrendered as required on December 27, 2019. Pretrial Services has informed my office that they can only release Ms. Lallave's passport pursuant to a Court order. We thus respectfully request that the Court order the release of her passport.

**SO ORDERED**

Respectfully submitted,

/s/
Martin S. Cohen
Assistant Federal Defender
(212) 417-8737

SO ORDERED: 3/2/20

_____
HONORABLE ALISON J. NATHAN
United States District Judge